UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
ADAM BLANK, et al.,                                          :
                                                             :
                Plaintiffs,                                  :     ORDER
                                                             :
        -v.-                                                 :
                                                             :     17 Civ. 876 (ALC) (GWG)
                                                             :
TRIPOINT GLOBAL EQUITIES, LLC, et al.,                       :
                                                             :
                Defendants.                                  :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court has reviewed docket ## 95 and 96 and cannot discern what is the discovery dispute. The parties are directed to confer again. If there is still a dispute, they shall send a <u>jointly composed letter</u> that (1) describes the issue and (2) gives each side's position. After a first draft, the parties shall have the right to adjust how their position on the dispute will appear in the letter based on the other party's version.

      The Court reminds the plaintiffs that if the defendants agree to produce a particular category of documents and then assert that they have produced all documents within their possession and control that fall within that category, it is unlikely that plaintiffs will have a basis for seeking an order requiring production of the documents in that category.

      SO ORDERED.

Dated: December 12, 2019
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge