UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
         :
ADAM BLANK, et al.,
         :
      Plaintiffs,        ORDER
         :
  -v.-
         :      17 Civ. 876 (ALC) (GWG)

TRIPOINT GLOBAL EQUITIES, LLC, et al.,  :

      Defendants.        :
-----------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in the letter dated January 14, 2020, will take place on Tuesday, January 28, 2020, at 4:30 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: January 15, 2020
      New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge