

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Sean T. Scuderi
212.216.8094 Direct Dial
sscuderi@tarterkrinsky.com

**MEMO ENDORSED** January 17, 2020

**VIA CM/ECF**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/20

Re: *Adam Blank, et al. v. Tripoint Global Equities, LLC, et al.*
Case No. 1:17-cv-00876 ALC

Dear Magistrate Judge Gorenstein:

Our firm represents Plaintiffs Adam Blank, Adam Blank 2012 GRAT, Acker Family 2012 Gift Trust and Acker Family 2013 Gift Trust (collectively, "Plaintiffs") in the above-referenced matter. Pursuant to Rule 1(F) of Your Honor's Individual Practices, Plaintiffs respectfully request a short adjournment of the conference currently scheduled before Your Honor on Tuesday, January 28, 2020 due to a pre-existing conflict. Plaintiffs request that the conference be rescheduled in the afternoon of Friday, February 7, 2020.

This is Plaintiffs' first request for an adjournment of the conference date. We have conferred with Defendants' counsel, and Defendants consent to this adjournment request.

Respectfully yours,

Sean T. Scuderi

cc: **VIA CM/ECF**
Mr. Mark Hunter, Esq.
Mr. Robert Harris, Esq.
Ms. Jenny Johnson-Sardella, Esq.
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, FL 33134

Conference adjourned to February 7, 2020, at 4:00 p.m.

SO ORDERED: DATE: 1/17/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE