UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :

ADAM BLANK, et al.,
                                                  :

        Plaintiffs,                            ORDER
                                                  :

  -v.-

                                                  :       17 Civ. 876 (ALC) (GWG)

TRIPOINT GLOBAL EQUITIES, LLC, et al.,   :

        Defendants.                   :
-------------------------------------------------------------x

      A discovery conference to resolve the matters raised in Docket # 136 shall take place on Tuesday, November 17, 2020, at 4:00 p.m.  It is the Court's intention to decide the matters raised based on the parties' letter unless a party has shown good cause in advance of the conference why formal briefing should be required.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated:  November 12, 2020
          New York, New York

                                                                     _____
                                                                     GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge