**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------   x

**ADAM BLANK ET AL.,**

                **Plaintiffs,**

       -against-

**TRIPOINT GLOBAL EQUITIES, LLC ET AL,**

                **Defendants.**

-----------------------------------------------------------   x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 8, 2022

17-cv-876 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties shall file a joint status report with the Court no later than July 22, 2022.

**SO ORDERED.**

Dated:   July 8, 2022
            New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**