UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM BLANK et al.,                                          :

            Plaintiffs,                          :         <u>ORDER</u>

   -v.-                                                           :
                                                            17 Civ. 876 (ALC) (GWG)
TRIPOINT GLOBAL EQUITIES, LLC et al.,    :

            Defendants.                        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The deadlines for the completion of discovery and for the filing of any summary judgment motion having expired, the parties shall file the joint pre-trial order required by Section 4.A of Judge Carter's Individual Practices on or before April 10, 2023.

      SO ORDERED.

Dated: March 20, 2023
       New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge