

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Sean T. Scuderi, *Partner*
212.216.8094 Direct Dial
sscuderi@tarterkrinsky.com

March 22, 2023

<u>VIA CM/ECF</u>

MEMORANDUM ENDORSED

Honorable Andrew L. Carter, Jr.
United State District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

      Re: *Adam Blank, et al. v. Tripoint Global Equities, LLC, et al.*
           Case No. 1:17-cv-00876 ALC

Dear Judge Carter:

    Our firm represents Plaintiffs Adam Blank, individually and as trustee of the Adam Blank 2012 GRAT, Acker Family 2012 Gift Trust and Acker Family 2013 Gift Trust in the above-referenced matter. The parties submit this joint letter respectfully requesting an extension of the deadline to submit the joint pretrial order from April 10, 2023 to May 10, 2023. Counsel for both Plaintiffs and Defendants have prior conflicts. Plaintiffs' lead counsel will be on vacation for the Passover holiday, while Defendants' counsel is starting trial in another matter close to the April 10th deadline.

    Accordingly, the parties respectfully request a thirty-day extension to May 10, 2023 to submit the joint pretrial order. There have been no prior applications made for an extension.

Respectfully yours,

Sean T. Scuderi

Extension to May 10, 2023, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 23, 2023