

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

MEMORANDUM ENDORSED

**Sean T. Scuderi,** *Partner*
212.216.8094 Direct Dial
sscuderi@tarterkrinsky.com

May 8, 2023

<u>**Via CM/ECF**</u>

Honorable Andrew L. Carter, Jr.
United State District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

Re:   ***Adam Blank, et al. v. Tripoint Global Equities, LLC, et al.***
***Case No. 1:17-cv-00876 ALC***

Dear Judge Carter and Magistrate Judge Gorenstein:

Our firm represents Plaintiffs Adam Blank, individually and as trustee of the Adam Blank 2012 GRAT, Acker Family 2012 Gift Trust and Acker Family 2013 Gift Trust in the above-referenced matter.  The parties submit this joint letter respectfully requesting an extension of the deadline to submit the joint pretrial order from May 10, 2023 to June 9, 2023.  The parties' are coordinating submissions, exhibits and objections and require additional time to produce all required information to the Court.

Accordingly, the parties respectfully request a thirty-day extension to June 9, 2023 to submit the joint pretrial order.  This is the parties' second application for an extension of the deadline to submit the joint pretrial order.

Respectfully yours,

Sean T. Scuderi

Extension to June 9, 2023, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 9, 2023