UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM BLANK, INDIVIDUALLY AND AS TRUSTEE OF THE ADAM BLANK 2012 GRAT, ACKER FAMILY 2012 GIFT TRUST AND ACKER FAMILY 2013 GIFT TRUST,<br><br>                        Plaintiffs,<br><br>                  -against-<br><br>TRIPOINT GLOBAL EQUITIES, LLC, TRIPOINT CAPITAL ADVISORS, LLC, MARK H. ELENOWITZ AND MICHAEL BOSWELL,<br><br>                        Defendants. | 17-cv-876 (ALC)(GWG)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court will conduct a telephone status conference in this action on February 22, 2024, at 2:00 p.m. Eastern Time. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** February 20, 2024

**New York, New York**
**United States District**

                                                                    **ANDREW L. CARTER, JR.**