UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM BLANK, INDIVIDUALLY AND AS TRUSTEE OF THE ADAM BLANK 2012 GRAT, ACKER FAMILY 2012 GIFT TRUST AND ACKER FAMILY 2013 GIFT TRUST,

                Plaintiffs,

-against-

TRIPOINT GLOBAL EQUITIES, LLC, TRIPOINT CAPITAL ADVISORS, LLC, MARK H. ELENOWITZ AND MICHAEL BOSWELL,

                Defendants.

17-cv-876 (ALC)(GWG)

**SECOND AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will conduct a telephone status conference in this action on February 28, 2024, at 10:30 a.m. Eastern Time. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

SO ORDERED.

Dated: February 26, 2024

New York, New York                                    ANDREW L. CARTER, JR.
United States District