UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM BLANK, INDIVIDUALLY AND AS TRUSTEE OF THE ADAM BLANK 2012 GRAT, ACKER FAMILY 2012 GIFT TRUST AND ACKER FAMILY 2013 GIFT TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>TRIPOINT GLOBAL EQUITIES, LLC, TRIPOINT CAPITAL ADVISORS, LLC, MARK H. ELENOWITZ AND MICHAEL BOSWELL,<br><br>Defendants. | 17-cv-876 (ALC)(GWG)<br><br>**THIRD AMENDED ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on February 29, 2024, at 11:00 a.m. Eastern Time. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

SO ORDERED.

Dated: February 27, 2024

New York, New York
United States District

ANDREW L. CARTER, JR.