**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **ADAM BLANK, et al.,** |
| **Plaintiffs,** |
| **-against-** |
| **TRIPOINT GLOBAL EQUITIES, LLC, et al.,** |
| **Defendants.** |

**17-cv-876 (ALC)(GWG)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    March 22, 2024
          New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**